U.S.

v.

**Todd A. MILLER**

No. 17-0418/AF

U.S. Court of Appeals for
the Armed Forces.

August 25, 2017

CCA 38922

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Joseph K. FELTON**

No. 17-0473/AR

U.S. Court of Appeals for
the Armed Forces.

August 25, 2017

CCA 20150510

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Jonathan J. HINES

No. 17-0512/AR

U.S. Court of Appeals for
the Armed Forces.

August 25, 2017

CCA 20140890

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Orval W. GOULD, Jr.**

No. 17-0507/AR

U.S. Court of Appeals for
the Armed Forces.

August 25, 2017

CCA 20120727

DAILY JOURNAL

Interlocutory Orders

Appellee's motion to extend time to file a
brief granted to September 21, 2017.

